IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE SYMONETTE,

   *Plaintiff*,

v.                                     Case No.: 4:24v34-MW/MAF

ANDREW DENEEN,

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. The Magistrate Judge recommends dismissal for a number of reasons, including failure to state a claim upon which relief may be granted and lack of federal jurisdiction. Although Plaintiff may be able to state a state-law tort claim, the absence of a federal claim precludes this Court from exercising supplementary jurisdiction over any remaining state-law claim. *See Reddy v. Gilbert Med. Transcription Serv., Inc.*, 588 F. App'x 902, 904 (11th Cir. 2014) ("Absent a viable federal claim, however, the district court should dismiss any state law claims.").

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. Plaintiff's amended complaint is due to be dismissed without leave to amend as amended would be futile. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 6, is **DISMISED without prejudice to file in state court** for failure to state a claim and for lack of federal subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on May 3, 2024.**

s/Mark E. Walker           
**Chief United States District Judge**
